JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michael Sean Devereux,<br>    Plaintiff, | CV 20-01349 DSF (PVCx) |
|---|---|
| v. | JUDGMENT |
| Kamran Hassanpour,<br>    Defendant. | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to serve process pursuant to Fed. R. Civ. P. 4(m),

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: June 3, 2020

_Dale S. Fischer_
Dale S. Fischer
United States District Judge